IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-17-H-SEH |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING INFORMATION WITHOUT PREJUDICE |
| OMAR GALLARDO TORRES and EDGAR QUEVEDO-ROCHA, | |
| Defendant. | |

The United States' Unopposed Motion to Dismiss Information Without Prejudice (Doc. 15) is GRANTED. The Information in the above-captioned case is dismissed without prejudice.

DATED this 8th day of August, 2018.

SAM E. HADDON
United States District Judge