FILED

12/18/2018

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-17-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| OMAR GALLARDO TORRES and EDGAR QUEVEDO-ROCHA, | |
| Defendants. | |

Pending before the Court is Defendant Edgar Quevedo-Rocha's ("Quevedo-Rocha") Unopposed Motion to Continue Sentencing.[1] On December 18, 2018, the Court conducted a conference call with counsel for the United States and Defendant Quevedo-Rocha at which time Defendant withdrew his motion.

---

[1] Doc. 42.

-1-

ORDERED:

Defendant Quevedo-Rocha's Unopposed Motion to Continue Sentencing[2] is WITHDRAWN. The sentencing will proceed as previously scheduled on January 16, 2019.

DATED this 18th day of December, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 42.