IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR GALLARDO TORRES and EDGAR QUEVEDO-ROCHA,<br><br>Defendants. | CR 18-17-H-SEH<br><br>ORDER |

Sentencing in this case is set for Defendant Omar Gallardo Torres on January 16, 2019, at 10:00 a.m. and Defendant Edgar Quevedo-Rocha on January 16, 2019, at 11:00 a.m. As of the date of this Order, the United States has not filed its sentencing memorandum as to either Defendant.

ORDERED:

The United States shall forthwith and without further delay file its sentencing memorandum as to each Defendant.

DATED this 4th day of January, 2019.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge

-1-